■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HILL.— Motion to vacate order of this court entered on January 26, 1961 granted and the appeal taken by defendant-appellant from the order of the Court of General Sessions, New York County, entered on September 13, 1960, reinstated. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ÁLBIN STAMISLOWSKI. (B) THE PEOPLE OF THE STATE OF NEW YORK v. TIMOTHY HARRISON. (C) THE PEOPLE OF THE STATE OF NEW YORK v. GARDNER WARE. (D) THE PEOPLE OF THE STATE OF NEW YORK v. SYLVESTER MAYERS. (E) THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSO CEPEDA. (F) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR MIDDLETON.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

## SECOND DEPARTMENT, MARCH, 1961

### (March 1, 1961)

■ In the Matter of GAMBLE BENEDICT, Appellant. ANDRE PORUMBEANU, Appellant; CITY MAGISTRATES' COURT OF THE CITY OF NEW YORK, GIRLS' TERM, Respondent.— Motion by the Corporation Counsel of the City of New York to strike appeal from the March Term Calendar, denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

### (March 2, 1961)

■ SAMUEL BRECHNER et al., Appellants, v. INCORPORATED VILLAGE OF LAKE SUCCESS et al., Respondents.— Motion by appellants to extend time to perfect their appeal granted; time extended to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before April 5, 1961. Motion by appellants to dispense with the printing of the exhibits, granted; original exhibits to be submitted upon the argument of the appeal. Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the May Term. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ SALLY CONFORTE, Respondent, v. BENJAMIN C. ELIAS et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 21, 1961. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ SEYMOUR GUTIN, Respondent, v. FRANK MASCALI & SONS, INC., Appellant.— Motion by appellant for a stay of trial of the action, pending appeal, granted. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.